

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2017

No. 04-17-00714-CV

**IN THE INTEREST OF A.D.R., ET AL CHILDREN,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02508
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Elva Chapa's notification of late record is hereby granted. The reporter's record is due on November 22, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court